**98–1219. Pritchard v. Ohio Bur. of Workers' Comp.**

Tuscarawas App. No. 97APD080053. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac. R. IV(2)(B). This cause is therefore dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents and would accept review on Propositions of Law Nos. I, II, III, and IV only.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–1221. Hatcher v. State.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1240. State v. Wolfe.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.